# Exhibit B

Taking a business approach
Stadheim & Grear
to defending patent rights

**Via Federal Express**

December 23, 2015

Mr. Steven Grobman, Chief Technology Officer
McAfee, Inc.
2821 Mission College Blvd.
Santa Clara, CA 95054

Re: *U.S. Patent No. 8,468,591 and Intel Trusted Execution Technology*

Dear Mr. Grobman,

We represent Computer Protection IP in licensing and enforcing, in court, its United States Patent No. 8,468,591 pertaining to virtualized computing security.

The inventor of the patented technology, Mr. Ariel Silverstone, specializes in data privacy and security, including in the cloud-computing environment since its inception. Mr. Silverstone has led information security efforts for a number of companies, including Microsoft, Cisco Systems, Expedia, and Symantec, and established the Israeli Center of Excellence for Information Security. He consults and trains security professionals and has authored and contributed to over 20 books and dozens of magazines, electronic publications, and high-profile research papers. He wrote a regular column for *CIO Magazine* and has been quoted in *The Wall Street Journal*, *BusinessWeek*, *CSO Magazine*, *Computerworld*, and other leading publications. He is a frequent contributor to standards bodies, including the National Institute of Standards and Technology (NIST) guide to security of the Smart Grid. Mr. Silverstone was recently nominated for "Information Security Executive of the Year for North America" by T.E.N (Tech Execs Network, Inc.), to a Fellowship of the Information Systems Security Association, and twice to *Computerworld*'s "Premier 100 in IT" list.

The Silverstone '591 patent, a copy of which is enclosed, covers methods and systems for performing a secured boot of a virtualized environment. For example, several claims of the '591 patent read on Intel's Trusted Execution Technology ("Intel TXT"), as demonstrated by the enclosed claim chart. According to publicly available records, McAfee, Inc. employs Intel TXT to ensure server security, and thus uses technology covered by the '591 patent. *See* http://www.intel.com/content/www/us/en/architecture-and-technology/trusted-execution-technology/where-to-buy-isv-txt.html (last visited Dec. 22, 2015).

At this time, Computer Protection IP is offering a license on extremely attractive terms: a fully paid-up license for all IaaS applications in exchange for 0.5% of McAfee, Inc.'s 2013 worldwide IaaS revenues. These terms will remain available for Wednesday, February 17, 2016. The day after the offer expires we will file one or more lawsuits in United States District Court for infringement of the '591 patent. In the meantime, we remain willing to extend uncommonly

Taking a business approach
Stadheim & Grear
to defending patent rights



favorable terms to the first company to take a license. It is in your company's best interest to inquire about our unique approach.

We look forward to the opportunity to sit down with you with the aim of reaching an amicable resolution of this matter.

Yours very truly,

Rolf O. Stadheim

Enclosures

FOR SETTLEMENT PURPOSES UNDER FRE 408
HIGHLY CONFIDENTIAL

# COMPARISON OF SELECTED METHOD CLAIMS FROM U.S. PATENT NO. 8,468,591 TO THE "TRUSTED EXECUTION TECHNOLOGY" OFFERED BY INTEL

**Claim 39. A method for centralized network control of computing devices,**

Consider the "Trusted Execution Technology" ("TXT") offered by Intel Corporation ("Intel"). Intel documents explain that "Intel TXT enables hardware-enforced integrity checks of hypervisors and other key system components at server startup." (Ref. 2, Page 1, Column 2.)

Intel's documents reveal that TXT can be employed as an enabling technology in "cloud computing" (see, *e.g.*, Ref. 1, Page 1, Executive Summary) and, similarly, with "cloud computing and consolidated virtualized data centers" (see, *e.g.*, Ref. 1, Page 3, Column 2).

It is also revealed that "Intel TXT . . . is currently available in servers based on Intel® Xeon® processor 5600 series and on business PCs with Intel® Core™ vPro™ processors." (Ref. 2, Page 4, Column 1.) In fact, Intel has represented that TXT was "Initially delivered to market" with the vPro™ products in 2007, and was "launched" with the Intel Xeon® processor 5600 series in 2010. (See, *e.g.*, Ref. 1, Page 3, Column 2.)

Furthermore, Intel remarks that "Intel TXT is available on a growing number of server platforms based on the Intel Xeon processor family from a variety of system vendors." (Ref. 1, Page 7, Column 3.)

**the method comprising:**

It is well established that the word "comprising" appearing in the preamble of a patent claim means "including, but not necessarily limited to."

**configuring one or more protected computing devices for communication through a network; and**

Consider the diagram supplied by Intel and captioned in part "Trustable pools created using Intel Trusted Execution Technology." (Ref. 1, Page 5, Figure 2.) In this Intel diagram each of the individual boxes in the arrangements respectively labeled "VM1" and "VM2" comprise a "protected computing device[]" as recited in this claim element.

Further, as also shown in this same diagram supplied by Intel, these protected computing devices are arrayed on a communications network. This communications network is illustrated graphically by the centrally-located cloud-shaped region with its adjacent twin-arrowed lines. (Ref. 1, Page 5, Figure 2.)

CONFIDENTIAL

Each of these twin-arrowed lines represent a bi-directional network (such as the Internet) connecting, for instance, "VM1" and "VM2" to what is labeled the "Virtualization Management" component appearing in this same diagram.

**a hardware or software control element configured to exercise control over each of the protected computing devices wherein the control element is a virtual machine manager associated with a virtual machine;**

Consider the diagram supplied by Intel and captioned "Intel TXT–Intel Trusted Execution Technology." (Ref. 3.) As is apparent from this Intel diagram, there is preferably a "hypervisor" positioned between the Intel TXT component and, for instance, the hardware comprising a protected computing device (such as a server).

Further, recall that a "hypervisor" is one type of a "virtual machine manager." Indeed, the '591 Patent teaches this exact nomenclature with the phase "a virtual machine manager such as a hypervisor." ('591 Patent, Column 11, Lines 45-48.)

Moreover, this "hypervisor" can be a "software control element" as recited in this portion of the claim. In fact, the '591 Patent teaches that "[a] hypervisor is a software program or system." ('591 Patent, Column 8, Lines 33-35 (emphasis added).)

**wherein the virtual machine manager is configured to cause the one or more protected computing devices to be authenticated by an authentication server,**

In the diagram supplied by Intel and captioned in part "Trustable pools created using Intel Trusted Execution Technology" (Ref. 1, Page 5, Figure 2) the "authentication server" recited in this claim element can be considered to be the component labeled "Virtualization Management."

Further, the Intel documentation explains that "[v]irtualization management can identify and report platforms that demonstrate integrity via Intel TXT." (Ref. 1, Page 5, Figure 2, Left-Hand Caption Box 1.) And, Intel explains that "Intel Trusted Execution Technology . . . [is] a hardware-based security technology that conducts integrity checks at hypervisor launch, which is typically at server startup." (Ref. 2, Page 2, Column 3 through Page 3, Column 1.)

According to Intel, "Building on the security provided by Intel TXT attestation provides assurance that the protected environment is correctly invoked and measures the integrity of software running in the protected environment." (Ref. 5, Page 23, Section 7.1.) "The Intel Trust Attestation Solution (Enterprise Edition), code-named "Mount Wilson, is a multi-hypervisor, multi-device, Trust Attestation/Verification Solution, for servers, clients, network/storage, and embedded devices." (Ref. 5, Page 25, Section 7.3.) "Deploying attestation within your network requires at a minimum, an attestation server and an attestation client whose hardware and software provide protection within an MLE." (Ref. 5, Page 23, Section 7.1) The Intel "Mt. Wilson 1.0 Architecture" is illustrated in Figure 6 of Reference 5, captioned: "Intel Trust Attestation Solution (Enterprise Edition) architecture." The yellow highlighted box in the center of the figure represents the attestation server.

Another illustration of the combination and use of Intel TXT and remote attestation is provided in Reference 7, "Trusted Compute Pools with Intel Trusted Execution Technology (Intel TXT)."

"Remote attestation, enabled by OpenAttestation contributed to the open-source community by Intel, provides the mechanism to query and verify the integrity or trustworthiness of systems in the cloud environment. This attested information provides the basis for the identification of trusted platforms versus untrusted systems—the foundation of the creation of trusted compute pools that can be used to host privileged or sensitive data and workloads." (Ref. 8, Page 3, Column 1, Paragraph 4.) "Intel created the OpenAttestation service and SDK, which it released to the community as open-source code in April 2012, to support that functionality for host platforms that have a TPM." (Ref. 8, Page 6, Column 1, Paragraph 1.)

"Intel TXT enables trust to be verified on hosts and for trusted compute pools to be established in the OpenStack environment. OpenAttestation allows those pools to be verified in order to establish populations of hosts that meet specific trust criteria." (Ref. 8, Page 7, Column 1, Paragraph 1.)

"Intel® Cloud Integrity Technology leverages Intel® TXT to provide a root of trust in the datacenter, enabling software-controlled visibility and policy enforcement of hardware-secured asset tags and launch-time measurements of the BIOS, Operating System (OS), and hypervisor. The trust and asset tag attestation information can then be used to provide workload verification, remediation, reporting, and compliance in both public and private cloud environments." (Ref. 6, Page 5, Section 1.2.) The "Intel Cloud Integrity Technology Product Guide" (attached as Reference 6) describes in detail the installation and configuration of the Intel Cloud Integrity remote attestation server. Figure 1, captioned "Deployment Topology", illustrates a typical configuration. The server is the component labeled "Trust Attestation Server." (Ref. 6, Page 7.)

Referring again to Reference 8, Figure 2, captioned "Remote Attestation with the OpenAttestation Service," also illustrates the configuration of the "attestation service," depicting a server providing remote attestation services to hypervisor-based virtualization systems. Components of the OpenAttestation service are illustrated in Figure 3. (Ref. 8, Page 6, Figures 2 and 3.)

**the virtual machine manager configured to make a decision whether and to what extent to allow the one or more protected computing devices to launch its operating system based upon an authentication status provided by the authentication server,**

Intel discloses that "Intel TXT . . . block the launch of code that does not match approved code." (Ref. 1, Page 3, Column 3.) Similarly, Intel says that "Intel TXT helps protect a server prior to virtualization software booting." (Ref. 1, Page 4, Column 1 (emphasis added).)

In addition, Intel states that "Intel TXT . . . increases protection by allowing greater control of the launch stack through a Measured Launch Environment (MLE) and enabling isolation in the boot process." (Ref. 1, Page 1, Column 2.)

Intel provides an exemplary attestation request and response in Figure 9 of Reference 5, captioned, "Example of JSON-based request/response for attestation." The authentication status is visible in the response message, where both "host1" and "host2" are reported to be "trusted." (Ref. 5, Page 22.)

And, in a diagram captioned "Intel Trusted Execution . . . Components" one block contains the text "BIOS AC Module, Preboot TXT Init Code." (Ref. 1, Page 6, Figure 3.)

**the virtual machine manager configured to control the one or more protected computing devices to perform one of the following boot operations: boot its operating system, not boot its operating system, or boot its operating system but limit its memory access, storage access, or input/output capability.**

In describing what Intel refers to as the "Measured Launch Timeline" (Ref. 5, Page 11, Figure 3), the chronological presentation of the diagrammed phases is, in part, explained with the language "Pre-boot phase is performed . . . One of the goals of an Intel TXT-enabled BIOS is to initialize the platform to a state that will support a 'measured launch' . . . Regular Operation commences after successful launch, when the OS/hypervisor performs its primary functionality." (Ref. 5, Page 11.)

Indeed, Intel explains that at "power on" of the platform, the "[s]ystem firmware [is] verified by TXT prior to boot." (Ref. 4, Page 6, Upper Left-Hand Box.) And, in the event that the hypervisor code—as measured by TXT—is found to be "known good," then the system can "Launch VMs, OS, etc." (Ref. 4, Page 6, Upper Right-Hand Box.) In contrast, in the event that the hypervisor code—as evaluated by TXT—is not found to be "known good," then the system can block the launch of the TXT-protected platform.

Similarly, in another document, Intel details that, in the event that the "hypervisor measure matches" (Ref. 3), then "OS & Applications Are Launched" (Ref. 3).

**Claim 41. The method of claim 39, wherein the virtual machine and/or virtual machine manager is installed on at least one of the protected computing devices.**

For at least the reasons detailed above, Intel TXT is an enabling technology that, at a minimum, induces infringement of Claim 39 from the '591 Patent.

Further, recall that a "hypervisor" is one type of a "virtual machine manager." Indeed, the '591 Patent teaches this exact nomenclature with the phase "a virtual machine manager such as a hypervisor." ('591 Patent, Column 11, Lines 45-48.)

Moreover, Intel's diagram captioned "Intel TXT–Intel Trusted Execution Technology" (Ref. 3) shows a "Hypervisor" associated with the component labeled "Hardware" (Ref. 3). And, in this diagram, the box labeled "Hardware" is a "protected computing device[]" as recited in this claim element.

**Claim 42. The method of claim 39, wherein the virtual machine manager is a hypervisor.**

For at least the reasons detailed above, Intel TXT is an enabling technology that, at a minimum, induces infringement of Claim 39 from the '591 Patent.

Further, recall that a "hypervisor" is one type of a "virtual machine manager." Indeed, the '591 Patent teaches this exact nomenclature with the phase "a virtual machine manager such as a hypervisor." ('591 Patent, Column 11, Lines 45-48.)

Moreover, Intel's diagram captioned "Intel TXT–Intel Trusted Execution Technology" (Ref. 3) shows a "Hypervisor" associated with the component labeled "Hardware" (Ref. 3). And, in this diagram, the box labeled "Hardware" is a "protected computing device[]" as recited in this claim element.

**Claim 43. The method of claim 42, wherein the hypervisor and/or virtual machine is implemented in software on at least one of the protected computing devices.**

For at least the reasons detailed above, Intel TXT is an enabling technology that, at a minimum, induces infringement of Claim 42 from the '591 Patent.

Further, Intel's diagram captioned "Intel TXT–Intel Trusted Execution Technology" shows a "Hypervisor" associated with the labeled "Hardware." (Ref. 3.) It is well known that a hypervisor is necessarily implemented in either software or in hardware. If the labeled "Hypervisor" appearing in Intel's diagram is implemented in software, then Claim 43 from the '591 Patent is infringed. Alternatively, if the labeled "Hypervisor" appearing in Intel's diagram is implemented in hardware, then Claim 44 from the '591 Patent is infringed instead (see analysis below under Claim 44).

**Claim 44. The method of claim 42, wherein the hypervisor and/or virtual machine is implemented in hardware on at least one of the protected computing devices.**

For at least the reasons detailed above, Intel TXT is an enabling technology that, at a minimum, induces infringement of Claim 42 from the '591 Patent.

Further, Intel's diagram captioned "Intel TXT–Intel Trusted Execution Technology" shows a "Hypervisor" associated with the labeled "Hardware." (Ref. 3.) It is well known that a hypervisor is necessarily implemented in either software or in hardware. If the labeled "Hypervisor" appearing in Intel's diagram is implemented in hardware, then Claim 44 from the '591 Patent is infringed. Alternatively, if the labeled "Hypervisor" appearing in Intel's diagram is implemented in software, then Claim 43 from the '591 Patent is infringed instead (see analysis above under Claim 43).

CONFIDENTIAL

FOR SETTLEMENT PURPOSES UNDER FRE 408
HIGHLY CONFIDENTIAL

**References Cited**

Reference 1: James Greene, Intel Corporation, "Intel® Trusted Execution Technology," *available at* http://www.zoo.cs.yale.edu/classes/cs422/2014fa/readings/hardware/txt.pdf (last visited July 28, 2015).

Reference 2: Intel Corporation, "Evolution Of Integrity Checking With Intel® Trusted Execution Technology: An Intel IT Perspective," *available at* http://www.intel.com/content/dam/doc/white-paper/intel-it-security-trusted-execution-technology-paper.pdf (last visited July 28, 2015).

Reference 3: Intel Corporation, Diagram with the heading: "Intel® TXT–Intel Trusted Execution Technology," *available at* http://www.intel.com/content/dam/staging/image/Danika/Cloud%20Computing/ITC-cloud-info-txtfull.gif (last visited July 28, 2015).

Reference 4: Steve Orrin, Intel Corporation, "Building Trust And Compliance In The Cloud," Feb. 27, 2012, *available at* http://www.trustedcomputinggroup.org/files/resource_files/CB330AD7-1A4B-B294-D070914A1AE1D08/TCG_Orrin_2012_FINAL.pdf (last visited July 28, 2015).

Reference 5: Intel Corporation, "Intel® Trusted Execution Technology (Intel® TXT) Enabling Guide," Version 2, Jan. 2015, *available at* https://software.intel.com/sites/default/files/Intel_R_TXT_Enabling_Guide.pdf (last visited July 28, 2015).

Reference 6: Intel Corporation, "Intel® Cloud Integrity Product Guide," Revision 2.0, April 2015, *available at* http://download.intel.com/support/sftw/ds/cit/sb/trust_attestation_server_2_0_product_guidev2.pdf (last visited November 12, 2015).

Reference 7: Intel Corporation, "Trusted Compute Pools with Intel® Trusted Execution Technology (Intel® TXT)," *available at* https://software.intel.com/sites/default/files/managed/b8/6d/trusted-execution-technology-trusted-compute-pools.pdf (last visited November 12, 2015).

Reference 8: Intel Corporation, "Mechanisms to Protect Data in the Open Cloud," *available at* https://software.intel.com/sites/default/files/Intel_TXT_Open_Cloud_Security_Final_Web.pdf (last visited November 12, 2015).

CONFIDENTIAL